Secretary of Housing and Urban Development *v.* DeWalt et ux., Appellants.

Argued September 19, 1973. *B. David Gray,* for appel-

lants; *Robert J. Edelmayer,* with him *Bernard J. Mc-Lafferty,* for appellee.

Judgment affirmed.

SPAULDING, J., absent.